# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 18, 2015

Lyle W. Cayce
Clerk

No. 14-41446
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JEFFREY EDWARD BRINKLEY,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 2:14-CR-521-1

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jeffrey Edward Brinkley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Brinkley has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-41446

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.